173 So. 923

**William PRAYTER v. STATE.**

**8 Div. 372.**

Court of Appeals of Alabama.
Jan. 26, 1937.

RICE, Judge.
Appeal dismissed.

164 So. 924

**Dewey PRICE v. STATE.**

**5 Div. 976.**

Court of Appeals of Alabama.
Nov. 26, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.

164 So. 924

**Dewey PRICE v. STATE.**

**5 Div. 977.**

Court of Appeals of Alabama.
Nov. 26, 1935.

SAMFORD, Judge.
Appeal dismissed.

169 So. 912

**Henry E. PRIEST v. CITY OF HUNTSVILLE.**

**8 Div. 336.**

Court of Appeals of Alabama.
May 26, 1936.

RICE, Judge.
Affirmed.

169 So. 912

**Henry PRIEST v. CITY OF HUNTSVILLE.**

**8 Div. 337.**

Court of Appeals of Alabama.
June 30, 1936.

BRICKEN, Presiding Judge.
Affirmed.

169 So. 912

**Henry PRIEST v. CITY OF HUNTSVILLE.**

**8 Div. 338.**

Court of Appeals of Alabama.
May 26, 1936.

SAMFORD, Judge.
Affirmed.

169 So. 912

**Henry PRIEST v. CITY OF HUNTSVILLE.**

**8 Div. 339.**

Court of Appeals of Alabama.
June 2, 1936.

RICE, Judge.
Affirmed.

169 So. 912

**Ralph PRIMM v. STATE.**

**8 Div. 331.**

Court of Appeals of Alabama.
June 9, 1936.

BRICKEN, Presiding Judge.
Affirmed.